(Vinton County Common Pleas.)

D. A. MARTINDILL, as treasurer of Vinton county O., v. SARAH A. SANGER, et al., widow and heirs at law of Jacob Sanger, dec'd.

---

Where ministerial section number twenty-nine in the Ohio Company's Purchase was held under a lease for ninety-nine years, renewable forever, but subject to revaluation every fifteen years, and against which taxes assessed upon the fee stood charged on the duplicate in the name of the widow and heirs at law of the lessee, in an action brought by the county treasurer against said widow and heirs at law to recover judgment for the taxes so assessed and subject said lands to the payment thereof, Held:

1. That said lands are not subject to taxation and said assessment was unauthorized.

2. That section 2733, Revised Statutes, only

imposes a tax on the lessee's interest in the lands described therein, and it does not apply to a lease of such lands, although for a term of more than fourteen years, if by the stipulations of the lease the lands, as between the lessor and lessee, are subject to revaluation.

3. That if section 2733 was applicable to such case, the lands being subject to revaluation every fifteen years, the lessee's interest is not regarded as of substantial value and there is nothing to tax.

(For full text of opinion see *ante* 549.)